IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD DUTTON,<br><br>                Plaintiff,<br><br>   v.<br><br>REMEDY RECOVERY CARE CENTERS, LLC,<br><br>                Defendant. | CIVIL ACTION<br>NO. 19-725 |

## ORDER

**AND NOW**, this 8th day of October 2021, upon receipt of the letter dated September 24, 2021 from Edward S. Shensky, Esquire, counsel for Plaintiff Richard Dutton, informing the Court that the above-captioned action has settled (Doc. No. 33), it is **ORDERED** as follows:

1. The action is **DISMISSED WITH PREJUDICE** pursuant to Local Rule 41.1(b).

2. Any outstanding motions are **DENIED AS MOOT**.

3. The Clerk of Court shall close the above-captioned case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.